■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHERWIN THOMPSON, Appellant. [17 NYS3d 321]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated July 24, 2013 (*People v Thompson*, 108 AD3d 732 [2013]), affirming a judgment of the Supreme Court, Queens County, rendered June 22, 2010.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Eng, P.J., Mastro, Rivera and Miller, JJ., concur.